**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7711**

MICHEL ANDRE DUKES,

                    Plaintiff – Appellant,

          v.

DETECTIVE M.R. RICHARDS,

                    Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:06-ct-03094-D)

Submitted:  February 18, 2009        Decided:  February 24, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michel Andre Dukes, Appellant Pro Se.  Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, PA, New Bern, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michel Andre Dukes appeals the district court's order granting the Defendant summary judgment on Dukes' 42 U.S.C. § 1983 (2006) claims against him. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Dukes v. Richards, No. 5:06-ct-03094-D (E.D.N.C. Aug. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED